IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS MARCELL MCCOWEN, | 1:09-cv-00664-WMW (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| vs. | |
| KEN CLARK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

/////

/////

-1-

**Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

**Dated:**   **April 21, 2009**            /s/ **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE

**Name:** _____

**CDC No:** _____

**Address:** _____

_____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

                                       **CASE NUMBER:**

                Plaintiff/Petitioner,

vs.                                       **APPLICATION TO PROCEED**
                                                **IN FORMA PAUPERIS**
                                                **BY A PRISONER**

                Defendants/Respondent.
_____/

      I, _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

      In support of this application, I answer the following questions under penalty of perjury:

1.     Are you currently incarcerated?     ___ Yes   ___ No   **(If "no" DO NOT USE THIS FORM)**

       State the place of your incarceration. _____

2.     Are you currently employed (includes prison employment)?     ___ Yes     ___ No

       a.     If the answer is "yes" state the amount of your pay. _____

       b.     If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3.     Have you received any money from the following sources over the last twelve months?

       a.     Business, profession, or other self-employment:     ___ Yes     ___ No

       b.     Rent payments, interest or dividends:     ___ Yes     ___ No

|   |   |   |   |   |
|---|---|---|---|---|
| c. | Pensions, annuities or life insurance payments: | __ Yes | __ No |
| d. | Disability or workers compensation payments: | __ Yes | __ No |
| e.. | Gifts or inheritances: | __ Yes | __ No |
| f. | Any other sources: | __ Yes | __ No |

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive (attach an additional sheet if necessary).

4. Do you have cash (includes balance of checking or savings accounts)?   __ Yes  __ No

   If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                                         __ Yes      __ No

   If "yes" describe the property and state its value: _____

6. Do you have any other assets?         __ Yes      __ No

   If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.


   **IMPORTANT:**   **This form must be dated and signed below in order for the court to consider your application.**

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).


   _____                    _____
            DATE                                              SIGNATURE OF APPLICANT


   NOTE:   Within sixty days from the date of this application you must forward to the court a certified copy of your prison trust account statement showing transactions for the past six months.

(Revised 01/2008)